AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
JUN 2 9 2010
DAVID CREWS, CLERK
By _____ Deputy

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Mississippi__

UNITED STATES OF AMERICA

V.

ROBERT AMMERMAN

## WAIVER OF INDICTMENT

CASE NUMBER: 1:10CR070

I, __ROBERT AMMERMAN__, the above named defendant, who is accused of

did knowingly cause wholesale tobacco distributors to make materially false statements and representations to a government agency

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-29-10__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Sharon Aycock__
Judicial Officer